**Opinion issued August 6, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00495-CV

————————————

**CULP ENGINEERING, LLC, Appellant**

**V.**

**JAN AND EDWARD UECKERT, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-66522**

---

## MEMORANDUM OPINION

Appellant, Culp Engineering, LLC, representing that the parties to the appeal "have reached a mediated agreement to settle their dispute," has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). And, although the motion does not

include a certificate of conference, more than ten days have passed and no party has opposed appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.